# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL SPORLEADER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERALBUM, INC.,<br><br>Defendant. | Case Number: 1:20-cv-02388<br><br>Honorable Judge Steven C. Seeger |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MICHAEL SPORLEADER, and Defendant, EVERALBUM, INC., by and through their attorneys, hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.


By:   /s/ Todd M. Friedman
      Attorney for Plaintiff
      Attorney No. 6276496
      Law Offices of Todd M. Friedman, P.C.
      21550 Oxnard Street, Suite 780
      Woodland Hills, CA 91367
      Phone: (323) 306-4234
      tfriedman@toddflaw.com

By:   /s/ Krista S. Schwartz
      Attorney for Defendant
      Attorney No. 6238053
      Hogan Lovells US LLP
      3 Embarcadero Center, Suite 1500
      San Francisco, CA 94111
      Phone: (415) 374-2310
      krista.schwartz@hoganlovells.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2020 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                /s/ Todd M. Friedman
                                                Attorney for Plaintiff