## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael Sporleader

                         Plaintiff,

v.                                                Case No.: 1:20−cv−02388
                                                Honorable Steven C. Seeger

Everalbum, Inc

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Stipulation of Dismissal with Prejudice (Dckt. No. [29]), which reported that the named Plaintiff and Defendant have agreed to dismissal of the named Plaintiff's claims (only) with prejudice and without costs or attorneys' fees under Rule 41(a)(1)(A)(ii). In light of the dismissal of the named plaintiff, the claims by the putative class members are dismissed without prejudice. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.